Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Patrick, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Rosalie Tenison

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rosalie Tenison<br><br>Plaintiff,<br><br>v.<br><br>Wells Fargo Bank, N.A., et. al.<br><br>Defendants. | Case No.: 2:23-cv-01078-AB-JC<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT WELLS FARGO BANK, N.A. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Rosalie Tenison and defendant Wells Fargo Bank, N.A. have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of Wells Fargo Bank, N.A. within 35 days once the settlement is finalized.

**Gale, Angelo, Johnson, & Patrick, P.C.**

Dated: June 8, 2023

/s/ *Joe Angelo*
Joe Angelo
Attorney for Plaintiff

NOTICE OF SETTLEMENT - 1