Elliot Gale (Bar #263326)
egale@gajplaw.com
Joe Angelo (Bar #268542)
jangelo@gajplaw.com
GAJP, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778
916-721-2767 fax

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION-LOS ANGELES

| | |
|---|---|
| Rosalie Tenison, | Case No.: 2:23-cv-01078-AB-JC |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS AND RESPONSE TO COURT'S ORDER TO SHOW CAUSE** |
| Experian Information Solutions, Inc. et al | |
| Defendant. | |

TO THE HONORABLE JUDGE ANDRE BIROTTE JR :

The parties respectfully notify the Court that Plaintiff and Experian Information Solutions, Inc. have settled all claims between them in this matter. Each party will bear its own attorneys' fees and costs. Plaintiff and Experian will present dismissal documents to the Court as soon as possible and request 60 days to finalize settlement. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

1    Plaintiff apologizes to the Court for any perceived lack of prosecution. Plaintiff's counsel

2  and Experian's in house counsel have a long-standing working relationship. Consequently, the

3  parties often attempt to settle matters before responsive documents are due. Plaintiff's counsel

4  has expressed to Experian's in house counsel on several occasions that failure to get stipulations

5  to extend responsive deadlines on file will result in it appearing that Plaintiff's counsel isn't

6  prosecuting the case diligently. As a professional courtesy Plaintiff's counsel has been hesitant

7  to file default judgments but has expressed to Experian that default judgments will be filed unless

8  stipulations are presented for filing. Plaintiff's counsel again apologizes to the Court.

9

10

11

12                              Respectfully submitted,

13

14  Date: June 29, 2023              /s/ Elliot Gale
                                    Elliot Gale
15                                  GAJP P.C.
                                    egale@gajplaw.com
16                                  P: 916-290-7778
                                    F: 916-721-2767
17                                  Counsel for Plaintiff

18

19

20

21

22

23

24

25

26

27

28