JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Rosalie Tenison, | Case No. 2:23-cv-01078-AB-JC |
|---|---|
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| Experian Information Solutions, Inc., et al., | |
| Defendant. | |

Plaintiff's Response (Dkt. No. 22) to the Court's OSC (Dkt. No. 21) indicates that this matter has been completely settled. The OSC is **DISCHARGED**.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: July 5, 2023

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.